**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Santos HATFIELD, Defendant–Appellant.**

**No. 07–10447.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Samantha S. Spangler, Assistant U.S., USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Krista Joy Hart, Esquire, Sacramento, CA, for Defendant–Appellant.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Santos Hatfield appeals from his guilty-plea conviction and 92–month sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hatfield's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Hatfield has filed a pro se supplemental opening brief and a pro se reply brief, and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

